EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Comisión Acceso a la Justicia | 2004 TSPR 157 |
| | 162 DPR _____ |

Número del Caso: EN-2004-7

Fecha: 28 de septiembre de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Comisión Acceso a la Justicia

EN-2004-7    Sustitución del
             Presidente del
             Colegio de
             Abogados como
             Comisionado

RESOLUCION

San Juan, Puerto Rico, a 28 de septiembre de 2004.

Se enmienda la Resolución EM-2004-2 del Tribunal Supremo de 24 de febrero de 2004, a los efectos de sustituir al Lcdo. Carlos Mondríguez Torres por el Lcdo. Julio Fontanet Maldonado, actual Presidente del Ilustre Colegio de Abogados de Puerto Rico. El Tribunal le agradece al Lcdo. Mondríguez sus aportaciones y colaboración en los trabajos de la Comisión de Acceso a la Justicia.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo